83,088-01

Warren Chester Atwater IV
James V. Allred Unit
2101 FM 369 N.
Iowa park, Texas 76367

4-18-15

COURT OF CRIMINAL APPEALS

Please cancel my request for a writ of mandamus # WR-83,088-01
against Henderson County in cases # B-21,012,013,128.
I will be challenging my issues per writ of habeas corpus to be
filed shortly.

Warren Chester Atwater IV

cc/legal file

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 24 2015

Abel Acosta, Clerk